**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JC INTERNATIONAL FINANCE LIMITED, PROMINENCE TRUST LIMITED, SOUTHWIND MEDIA HOLDINGS LIMITED, FENTON CAPITAL INC., MIDTERM SUCCESS LIMITED, ANGEL PRIDE HOLDINGS LIMITED, FORTUNEGATE HOLDINGS PHILIPPINES INC., GOLDENWAY JAPAN CO., LTD., GOLDENWAY PRECIOUS METALS LIMITED, GOLDENWAY FINANCIAL HOLDINGS LIMITED, GOLDENWAY INVESTMENTS HOLDINGS LIMITED, INTERNATIONAL ENTERTAINMENT COMPANY, DISCOVERY KEY INVESTMENTS LIMITED, ASIAN CREATIVE CAPITAL LIMITED, HO WONG MENG, HONG WAI CHENG,<br><br>        Plaintiffs,<br><br>    v.<br><br> CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,<br><br>        Defendants. | Case No. 1:26-cv-04930 |

**PLAINTIFFS' DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

- JC INTERNATIONAL FINANCE LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parents are Goldenway Investments Holdings (China) Limited and Widespread Success Limited;  and (iv) it is a citizen of Hong Kong.

- PROMINENCE TRUST LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) it has no corporate parent; and (iv) it is a citizen of Hong Kong.

- SOUTHWIND MEDIA HOLDINGS LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is Southwind Group Limited; and (iv) it is a citizen of Hong Kong.

- FENTON CAPITAL INC. hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is Prominence Trust Limited; and (iv) it is a citizen of Hong Kong and the British Virgin Islands.

- MIDTERM SUCCESS LIMITED hereby discloses that: (i) it is a non-government entity; (ii); no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is Asian Creative Capital Limited; and (iv) it is a citizen of Hong Kong and the British Virgin Islands.

- ANGEL PRIDE HOLDINGS LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is Prominence Trust Limited; and (iv) it is a citizen of Hong Kong and the British Virgin Islands.

- FORTUNEGATE HOLDINGS PHILIPPINES INC. hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its parent company is Power Sino Group Limited; and (iv) it is a citizen of the Philippines.

2

- GOLDENWAY PRECIOUS METALS LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is Goldenway Financial Holdings Limited; and (iv) it is a citizen of Hong Kong.

- GOLDENWAY INVESTMENTS HOLDINGS LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is Fenton Capital Inc.; and (iv) it is a citizen of Hong Kong.

- INTERNATIONAL ENTERTAINMENT CORPORATION[1] hereby discloses that: (i) it is a non-government entity; (ii) it is a Cayman corporation whose stock is listed on the Main Board of The Stock Exchange of Hong Kong Limited, and no publicly traded company owns more than 10% of its stock; (iii) it has no parent corporation; and (iv) it is a citizen of Hong Kong and the Cayman Islands.

- DISCOVERY KEY INVESTMENTS LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded company owns more than 10% of its stock; (iii) it has no corporate parent; and (iv) it is a citizen of Hong Kong and the British Virgin Islands.

- ASIAN CREATIVE CAPITAL LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded company owns more than 10% of its stock; (iii) it has no corporate parent; and (iv) it is a citizen of Hong Kong and the British Virgin Islands.

---

[1] The caption erroneously names "International Entertainment Company," not Corporation. Plaintiffs intend to file a motion to correct the caption shortly.

- HO WONG MENG hereby discloses that he is a citizen of Malaysia

- HONG WAI CHENG hereby discloses that he is a citizen of the United Kingdom

Dated: June 12, 2026                              Respectfully submitted,


                                                  */s/ Benjamin A. Fleming*
                                                  Benjamin A. Fleming
                                                  **HOGAN LOVELLS US LLP**
                                                  390 Madison Avenue
                                                  New York, NY 10017
                                                  Tel.: (212) 918-3000
                                                  Fax: (212) 918-3100
                                                  benjamin.fleming@hoganlovells.com

4