**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JC INTERNATIONAL FINANCE LIMITED, PROMINENCE TRUST LIMITED, SOUTHWIND MEDIA HOLDINGS LIMITED, FENTON CAPITAL INC., MIDTERM SUCCESS LIMITED, ANGEL PRIDE HOLDINGS LIMITED, FORTUNEGATE HOLDINGS PHILIPPINES INC., GOLDENWAY JAPAN CO., LTD., GOLDENWAY PRECIOUS METALS LIMITED, GOLDENWAY FINANCIAL HOLDINGS LIMITED, GOLDENWAY INVESTMENTS HOLDINGS LIMITED, INTERNATIONAL ENTERTAINMENT COMPANY, DISCOVERY KEY INVESTMENTS LIMITED, ASIAN CREATIVE CAPITAL LIMITED, HO WONG MENG, HONG WAI CHENG<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,<br><br>Defendants. | Civil Action No. 1:26-cv-04930<br>Judge Jesse M. Furman<br><br>**DECLARATION OF SERVICE BY FEDERAL EXPRESS** |

James DalCero, hereby declares, pursuant to 28 U.S.C. § 1746, Local Civil Rule § 1.9 of this Court, and the Notice of Initial Pretrial Conference in this case (Dkt. No. 3), that I am a paralegal at the law firm Hogan Lovells US LLP, I am not a party to this action, I am over 18 years of age, and reside in New York, New York 10075.

On June 17, 2026, I served copies of the Notice of Initial Pretrial Conference and District Judge Jesse M. Furman's Individual Rules and Practices in Civil Cases upon each of the following Defendants, at the addresses set forth below, by depositing a true and correct copy of the same in a Federal Express envelope, under the custody and care of Federal Express to:

Christian Lamarco
101 W. 15th St., Apt. 314
New York, NY 10011

Shadyside Partners, LLC
c/o Harvard Business Services, Inc. (Registered Agent)
16192 Coastal Highway,
Lewes, DE 19958

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 17, 2026.

James DalCero
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
james.dalcero@hoganlovells.com