**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JC INTERNATIONAL FINANCE LIMITED, PROMINENCE TRUST LIMITED, SOUTHWIND MEDIA HOLDINGS LIMITED, FENTON CAPITAL INC., MIDTERM SUCCESS LIMITED, ANGEL PRIDE HOLDINGS LIMITED, FORTUNEGATE HOLDINGS PHILIPPINES INC., GOLDENWAY JAPAN CO., LTD., GOLDENWAY PRECIOUS METALS LIMITED, GOLDENWAY FINANCIAL HOLDINGS LIMITED, GOLDENWAY INVESTMENTS HOLDINGS LIMITED, INTERNATIONAL ENTERTAINMENT COMPANY, DISCOVERY KEY INVESTMENTS LIMITED, ASIAN CREATIVE CAPITAL LIMITED, HO WONG MENG, HONG WAI CHENG,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,<br><br>Defendants. | Case No. 1:26-cv-04930 |

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

- GOLDENWAY JAPAN CO., LTD hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than 10% of its stock; (iii) its corporate parent is FXTF Holdings Pte. Ltd; and (iv) it is a citizen of Japan.
- GOLDENWAY FINANCIAL HOLDINGS LIMITED hereby discloses that: (i) it is a non-government entity; (ii) no publicly traded corporation owns more than

10% of its stock; (iii) its corporate parent is Goldenway Investments Holdings Limited; and (iv) it is a citizen of Hong Kong.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Benjamin A. Fleming*

Benjamin A. Fleming
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
benjamin.fleming@hoganlovells.com