UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                        :

JC INTERNATIONAL FINANCE LIMITED et al.,    :

                Plaintiffs,         :           26-CV-4930 (JMF)

                                          :

        -v-                            :

CHRISTIAN LAMARCO et al.,                :

                Defendants.       :

----------------------------------------------------------------------X
                                          :

HAO TANG,                             :

                Plaintiff,           :           26-CV-5018 (JMF)

                                          :

        -v-                            :

                                          :            ORDER

SHADYSIDE PARTNERS, LLC d/b/a CULPER    :
RESEARCH et al.,                     :

                Defendants.       :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 10, 2026, Plaintiff JC International Finance Limited filed a complaint in 26-CV-4930.  On June 12, 2026, Plaintiff Hao Tang filed a similar complaint in 26-CV-5018.  As of this Order, no motion for consolidation has been filed, but 26-CV-4930 has been accepted by the Court as related to 26-CV-5018, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter

2

brief, not to exceed three single-spaced pages, by **July 1, 2026**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.  Unless and until the Court orders otherwise, the motion deadlines and the conference date in 26-CV-4930 (*see* ECF No. 3) remain in effect.  If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **July 1, 2026**.

It is further ORDERED that the Plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

SO ORDERED.

Dated:  June 24, 2026
        New York, New York

_____
JESSE M. FURMAN
United States District Judge

2