**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1515407

**Attorney:** Hogan Lovells US LLP- NY
**Address**: 390 Madison Ave New York, NY 10017

| | |
|---|---|
| JC INTERNATIONAL FINANCE LIMITED, et al.,<br><br>*Plaintiff*<br><br>***vs***<br><br>CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH, et al.,<br><br>*Defendant* | **Index Number**: 1:26-cv-04930<br>**Client's File No.:**<br>**Court Date:**<br><br>**Date Filed:** 06/10/2026 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **6/29/2026**, at **7:55 AM** at: **7 PLATT STREET PH 2F, NEW YORK, NY 10038** Deponent served the within **Summons in a Civil Action, Complaint - Demand for Jury Trial with Exhibit A, So Ordered Notice of Initial PreTrial Conference, So Ordered Order by Jesse M. Furman, United States District Judge and dated June 24, 2026, Individual Rules and Practices in Civil Cases Jesse M. Furman, United States District Judge, Individual Rules and Practices For Civil Cases Henry J. Ricardo, United States Magistrate Judge and Civil Cover Sheet**

On: **CHRISTIAN LAMARCO**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender**: Male **Race**: White **Color of hair:** Brown **Glasses**: Yes
**Age**: 36 - 50 Yrs. **Height**: 6ft Over **Weight**: Over 200 Lbs. **Other Features**:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether subject was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $ .

☒ **#5 OTHER**
Upon arrival at the Subject's location, I spoke with the doorman Lou, he confirmed that Mr. Lamarco is a tenant in the building. He called and spoke with him, he advised him that I am here with legal documents for him. I was asked to wait in the lobby. I waited for approximately 20 minutes. Mr. Lamarco, approached me, he confirmed that he is the person who is named in the documents and he accepted service.

Sworn to before me on 06/30/2026

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
License# 2093579-DCA