AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| JC INTERNATIONAL FINANCE LIMITED et. al.<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-04930 |
| CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shadyside Partners, LLC
c/o Harvard Business Services Inc. (Registered Agent) 16192 Coastal Highway,
Lewes DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin A. Fleming
Hogan Lovells US LLP
390 Madison Avenue New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/15/2026




/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-04930

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

**HOGAN LOVELLS US LLP- NY 390 MADISON AVE NEW YORK, NY 10017**

Client's File No.: ____________

**Index Number:** 1:26-cv-04930

**Date Filed:** June 10, 2026

**Court Date:** ____________

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

*JC INTERNATIONAL FINANCE LIMITED, et al.,*

*Plaintiff*

*vs*

*CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH, et al.,*

*Defendant*

STATE OF DELAWARE COUNTY OF NEW CASTLE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Delaware

That on the following date: June 29, 2026, at the following time: 10:53 AM,

at 16192 COASTAL HIGHWAY, LEWES, DE 19958 deponent served the within

Summons in a Civil Action, Complaint - Demand for Jury Trial with Exhibit A, So Ordered Notice of Initial PreTrial Conference, So Ordered Order by Jesse M. Furman, United States District Judge and dated June 24, 2026, Individual Rules and Practices in Civil Cases Jesse M. Furman, United States District Judge, Individual Rules and Practices For Civil Cases Henry J. Ricardo, United States Magistrate Judge

[X] Papers so served were properly endorsed with the Index Number and date of filing.

**Upon:** **SHADYSIDE PARTNERS, LLC D/B/A CULPER RESEARCH C/O HARVARD BUSINESS SERVICES INC.**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with ____________, ____________ (**Relationship**) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Allison Rathmanner said individual to be Intake Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Female Race: White Color of hair: Brown Age: 36 - 50 Yrs. Height: 5ft 4inch - 5ft 8inch
Weight: 100-130 Lbs. Other Features: ____________

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address ____________. on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on 6/30/26

Shelly Rae Miles

**SHELLY RAE MILES**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
**Kent County**
**Registration No. 20251201000021**
**My Commission Expires December 2, 2027**

Tina Irizarry

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Tina Irizarry

PROCESS SERVER LICENSE #

*COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA*

**Work Order # 1515398**