UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
              :

JC INTERNATIONAL FINANCE LIMITED et al.,   :

              :

        Plaintiffs,       :

              :       26-CV-4930 (JMF)

    -v-            :

              :

CHRISTIAN LAMARCO et al.,         :

              :

        Defendants.     :

              :

-------------------------------------------------------------------------- :

              :

 HAO TANG,          :

              :

        Plaintiff,       :

              :

    -v-            :       26-CV-5018 (JMF)

              :

SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH et  :

al.,               :       <u>CONSOLIDATION</u>

              :         <u>ORDER</u>

        Defendants.     :

              :

------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On June 24, 2026, the Court ordered that all parties in the above captioned cases were to submit any objection to consolidation of these cases and/or extant dates, deadlines, or procedures by July 1, 2026. *See* 26-CV-4930, ECF No. 11; 26-CV-5018, ECF No. 10. No party has objected to consolidation or the dates, deadlines, or procedures currently in place. Accordingly, the cases are hereby CONSOLIDATED.

      The Clerk of the Court is directed to consolidate these cases under the lead case, No. 26-CV-4930, and to close 26-CV-5018. All future filings shall be on the 26-CV-4930 docket. All deadlines currently in force in 26-CV-4930, including those pertaining to scheduling an initial

pretrial conference, *see* ECF No. 3, shall likewise apply to 26-CV-5018.

       SO ORDERED.

Dated: July 2, 2026
       New York, New York

                                      JESSE M. FURMAN
                             United States District Judge