**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case 1:26-cv-04930

JC INTERNATIONAL FINANCE LIMITED, PROMINENCE TRUST LIMITED, SOUTHWIND MEDIA HOLDINGS LIMITED, FENTON CAPITAL INC., MIDTERM SUCCESS LIMITED, ANGEL PRIDE HOLDINGS LIMITED, FORTUNEGATE HOLDINGS PHILIPPINES INC., GOLDENWAY JAPAN CO., LTD., GOLDENWAY PRECIOUS METALS LIMITED, GOLDENWAY FINANCIAL HOLDINGS LIMITED, GOLDENWAY INVESTMENTS HOLDINGS LIMITED, INTERNATIONAL ENTERTAINMENT COMPANY, DISCOVERY KEY INVESTMENTS LIMITED, ASIAN CREATIVE CAPITAL LIMITED, HO WONG MENG, HONG WAI CHENG

Plaintiffs,

v.

CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,

Defendants.

--------------------------------------------------------------

HOA TANG,

Plaintiff,

-against-

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

Defendants.

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel for Defendants Shadyside Partners, LLC (d/b/a Culper Research) and Christian Lamarco. The undersigned hereby appears in this case and requests that all notices, papers and pleadings served or required to be served be given to the undersigned.

Dated: New York, New York
July 2, 2026

COZEN O'CONNOR

By: /s/ Tamar S. Wise
Tamar S. Wise
3 WTC, 175 Greenwich Street, 55th Fl.
New York, New York 10007
Phone: 212-883-4924
Email: twise@cozen.com

*Attorneys for Defendants Shadyside Partners, LLC (d/b/a Culper Research) and Christian Lamarco*