COZEN O'CONNOR

July 8, 2026

**Michael B. de Leeuw**
Direct Phone 212-908-1331
Direct Fax 646-461-2090
mdeleeuw@cozen.com

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 24B
New York, NY 10007

**Re: Letter Motion for Extension of Time to Respond to Plaintiffs' Complaints**
**JC Int'l Finance Ltd. et al. v. Lamarco (Case No. 26-cv-04930)**

Dear Judge Furman:

Our firm represents Christian Lamarco ("Defendant Lamarco") and Shadyside Partners, LLC d/b/a Culper Research ("Shadyside") (collectively "Defendants"), the Defendants in the above-referenced consolidated case. Pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices in Civil Cases, and with the consent of Plaintiffs' counsel, we respectfully request an extension of time to file our client's answer, move, or otherwise respond to Plaintiffs' Complaints. *See* Case No. 26-cv-4930 at ECF No. 1; Case No. 26-cv-05018 at ECF No. 1.

The current deadline for Defendants to respond to the Complaint that was originally filed in 26-cv-05018 is July 17, 2026, for Defendant Shadyside, *see* ECF No. 12, and July 20, 2026 for Defendant Lamarco. *See* ECF No. 13. The current deadline for Defendants to respond to the Complaint that was originally filed in 26-cv-04930 is July 20, 2026. *See* ECF Nos. 12-13. We have contacted Plaintiffs' counsel, who each consented to an extension to August 20, 2026.

Defendants respectfully request this extension due to the intervening July 4th holiday and several previously scheduled vacations of litigation team members. The additional time, through August 20, 2026, will enable Defendants to fully review the Complaint and prepare their response. The requested extension is further warranted because Defendants' counsel are simultaneously preparing a response to each complaint in this consolidated action involving overlapping factual and legal issues.

This is Defendants' first request for an extension. The next scheduled event before the court is an initial pretrial conference scheduled to be held telephonically on September 8, 2026, at 9:00 a.m. *See* ECF No. 3. Defendants do not anticipate that granting this request for an extension will affect the conference as presently scheduled.

---

We thank the Court for its consideration.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Michael B. de Leeuw*

By: Michael B. de Leeuw