COZEN O'CONNOR

August 13, 2026

**Michael B. de Leeuw**
Direct Phone 212-908-1331
Direct Fax 646-461-2090
mdeleeuw@cozen.com

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 24B
New York, NY 10007

**Re: Letter Motion for Enlargement of Word Limit for Defendants' Motion to Dismiss**
**JC Int'l Finance Ltd. et al. v. Lamarco (Case No. 26-cv-04930)**

Dear Judge Furman:

Our firm represents Christian Lamarco ("Defendant Lamarco") and Shadyside Partners, LLC d/b/a Culper Research ("Shadyside") (collectively "Defendants"), the Defendants in the above-referenced consolidated case. Pursuant to Local Rule 7.1(e), and with the consent of Plaintiffs' counsel in both of the consolidated cases, we respectfully submit this letter-motion seeking leave to file an omnibus brief in support of our forthcoming motions to dismiss both Plaintiffs' Complaints and seeking leave to exceed the applicable word limit in this omnibus brief.

The reason for the request is that, in light of the consolidation, a single omnibus brief in support of Defendants' motion to dismiss both operative complaints would be efficient and eliminate repetitive facts and background information. However, the Court's word limit, as prescribed by Local Rule 7.1(c) and Your Honor's Individual Rules and Practices at § 4(C), may not provide sufficient space to address all of the legal arguments presented by both complaints in a comprehensive, efficient manner. Defendants have conferred with Plaintiffs' counsel regarding this request, and both have indicated their consent.

Accordingly, Defendants respectfully request leave to file an omnibus brief in support of a motion to dismiss both complaints with an enlarged word limit of 12,500 words.

We thank the Court for its consideration.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Michael B. de Leeuw*
Michael B. de Leeuw

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

August 14, 2026