IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JC INTERNATIONAL FINANCE LIMITED, PROMINENCE TRUST LIMITED, SOUTHWIND MEDIA HOLDINGS LIMITED, FENTON CAPITAL INC., MIDTERM SUCCESS LIMITED, ANGEL PRIDE HOLDINGS LIMITED, FORTUNEGATE HOLDINGS PHILIPPINES INC., GOLDENWAY JAPAN CO., LTD., GOLDENWAY PRECIOUS METALS LIMITED, GOLDENWAY FINANCIAL HOLDINGS LIMITED, GOLDENWAY INVESTMENTS HOLDINGS LIMITED, INTERNATIONAL ENTERTAINMENT COMPANY, DISCOVERY KEY INVESTMENTS LIMITED, ASIAN CREATIVE CAPITAL LIMITED, HO WONG MENG, HONG WAI CHENG;

*Plaintiffs,*

v.

CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,

*Defendants.*

HAO TANG;

*Plaintiff,*

v.

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

*Defendants.*

CIVIL ACTION NO.: 1:26-cv-04930-JMF

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINTS IN CONSOLIDATED ACTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Omnibus Memorandum of Law, and upon the prior pleadings and proceedings in this consolidated action, Defendants Shadyside Partners, LLC and Christian Lamarco, by their undersigned counsel, hereby move before the Honorable Jesse M. Furman, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Complaints in this consolidated action with prejudice, and granting such other and further relief the Court deems just and proper.

Dated: New York, New York
August 20, 2026

Respectfully submitted,

**COZEN O'CONNOR**

By: */s/ Michael B. de Leeuw*
Michael B. de Leeuw
Tamar S. Wise
mdeleeuw@cozen.com
twise@cozen.com
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
Telephone: (212) 908-1331
Fax: (646) 461-2090

*Attorney for Defendants*

TO: All Counsel of Record (via ECF)