**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WONG MENG HO, HONG WAI CHENG, FORTUNEGATE HOLDINGS PHILIPPINES INC., and INTERNATIONAL ENTERTAINMENT CORPORATION,

*Plaintiffs*,

v.

CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,

*Defendants*.

Case No. 26 Civ. 4930 (JMF)

HAO TANG,

*Plaintiff*,

v.

SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH and CHRISTIAN LAMARCO,

*Defendants*.

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Hao Tang. I certify that I am admitted to practice in this Court.

Dated: September 10, 2026
New York, New York

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com

*Counsel for Plaintiff Hao Tang*