**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WONG MENG HO, HONG WAI CHENG, FORTUNEGATE HOLDINGS PHILIPPINES INC., and INTERNATIONAL ENTERTAINMENT CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,<br><br>*Defendants*. | Case No. 26 Civ. 4930 (JMF) |
| HAO TANG,<br><br>*Plaintiff*,<br><br>v.<br><br>SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH and CHRISTIAN LAMARCO,<br><br>*Defendants*. | |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Hao Tang. I certify that I am admitted to practice in this Court.

Dated: September 10, 2026
New York, New York

*/s/ Timothy S. Martin*
Timothy S. Martin
KAPLAN MARTIN LLP
1133 Avenue of the Americas | Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
tmartin@kaplanmartin.com

*Counsel for Plaintiff Hao Tang*