**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WONG MENG HO, et al.,

Plaintiffs,

-against-

CHRISTIAN LAMARCO, et al.,

Defendants.

HAO TANG,

Plaintiff,

-against-

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

Defendants.

Case No. 26-cv-04930-JMF

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elizabeth Deshaies, hereby move this Court for an Order of admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Hao Tang.

I am a member in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: September 17, 2026

WINSTON TAYLOR LLP

/s/ *Elizabeth Deshaies*

Elizabeth Deshaies
300 N. LaSalle Drive
Chicago, IL 60654

T: (312) 558-3738
Libby.Deshaies@winstontaylor.com