**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WONG MENG HO, et al.,

Plaintiffs,

-against-

CHRISTIAN LAMARCO, et al.,

Defendants.

HAO TANG,

Plaintiff,

-against-

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

Defendants.

Case No. 26-cv-04930-JMF

**DECLARATION OF ELIZABETH DESHAIES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Elizabeth Deshaies hereby states, pursuant to 28 U.S.C. § 1746, the following:

1. I am a partner with the law firm Winston Taylor LLP.

2. I submit this Declaration in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing attached hereto, I am a member in good standing of the bar of the State of Illinois.

4. I have neither been convicted of a felony, nor censured, suspended, disbarred, or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that she should be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Plaintiff Hao Tang.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2026

/s/ *Elizabeth Deshaies*
Elizabeth Deshaies
300 N. LaSalle Drive
Chicago, IL 60654
T: (312) 558-3738
Libby.Deshaies@winstontaylor.com

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Elizabeth Sheila Deshaies

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of September, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois