**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------

WONG MENG HO, et al.,

Plaintiffs,

-against-

CHRISTIAN LAMARCO, et al.,

Defendants.

-----------------------------------------------------

HAO TANG,

Plaintiff,

-against-

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

Defendants.

-----------------------------------------------------

Case No. 26-cv-04930-JMF

**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

The motion of **Elizabeth Deshaies** for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois, and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Elizabeth Deshaies |
| Firm Name: | Winston Taylor LLP |
| Address: | 300 N. LaSalle Drive |
| City / State / Zip: | Chicago, IL 60654 |
| Telephone: | (312) 558-3738 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for

Plaintiff Hao Tang in the above-entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

________________________________
United States District Judge