COZEN O'CONNOR

September 18, 2026

**Michael B. de Leeuw**
Direct Phone 212-908-1331
Direct Fax 646-461-2090
mdeleeuw@cozen.com

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 24B
New York, NY 10007

**Re: Letter Motion for Enlargement of Word Limit for Response to Plaintiffs' Amended Complaint**
**JC Int'l Finance Ltd. et al. v. Lamarco (Case No. 26-cv-04930)**

Dear Judge Furman:

Our firm represents Christian Lamarco ("Defendant Lamarco") and Shadyside Partners, LLC d/b/a Culper Research ("Shadyside") (collectively "Defendants"), the Defendants in the above-referenced consolidated case. Pursuant to Local Rule 7.1(e), and with the consent of Plaintiffs' counsel, we respectfully submit this letter-motion seeking leave to expand the applicable word limit to 12,500 words in moving to dismiss Plaintiffs' Consolidated Amended Complaint.

The reason for the request is that, in light of the consolidation of both sets of Plaintiffs' complaints, the Court's word limit, as prescribed by Local Rule 7.1(c) and Your Honor's Individual Rules and Practices at § 4(C), may not provide sufficient space for all the legal arguments Defendants need to make in response to the Consolidated Amended Complaint in a comprehensive, efficient manner. Defendants have conferred with Plaintiffs' counsel regarding this request, and they have indicated their consent. Defendants requested an enlargement in connection with their previous omnibus brief in support of their Motion to Dismiss Plaintiffs' Complaints, which the Court approved. *See* Dkt. 20.

Accordingly, Defendants respectfully request leave to file a brief in support of a motion to dismiss Plaintiffs' Amended Complaint with an enlarged word limit of 12,500 words.

We thank the Court for its consideration.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Michael B. de Leeuw*
Michael B. de Leeuw

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 32.

SO ORDERED

September 20, 2026