IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WONG MENG HO, HONG WAI CHENG, FORTUNEGATE HOLDINGS PHILIPPINES INC., and INTERNATIONAL ENTERTAINMENT CORPORATION

*Plaintiffs,*

v.

CHRISTIAN LAMARCO and SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH,

*Defendants.*

CIVIL ACTION NO.: 1:26-cv-04930-JMF

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND TO STRIKE PORTION OF PLAINTIFFS' AMENDED COMPLAINT**

HAO TANG;

*Plaintiff,*

v.

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

*Defendants.*

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon the prior pleadings and proceedings in this consolidated action, Defendants Shadyside Partners, LLC and Christian Lamarco, by their undersigned counsel, hereby move before the Honorable Jesse M. Furman, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York, for an Order: (1) dismissing

the Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6); (2)striking a portion of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(f), (3) for attorneys' fees and costs pursuant to N.Y. Civ. Rights Law § 70-a; and (4) and granting such other and further relief the Court deems just and proper.

Dated: New York, New York
October 1, 2026.

Respectfully submitted,

**COZEN O'CONNOR**

By: *<u>/s/ Michael B. de Leeuw</u>*
Michael B. de Leeuw
Tamar S. Wise
mdeleeuw@cozen.com
twise@cozen.com
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
Telephone: (212) 908-1331
Fax: (646) 461-2090

*Attorney for Defendants*

TO: All Counsel of Record (via ECF)