UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

JC INTERNATIONAL FINANCE LIMITED et al.,

Plaintiffs,

-v-

CHRISTIAN LAMARCO et al.,

Defendants.

26-CV-4930 (JMF)

----------------------------------------------------------------------

HAO TANG,

Plaintiff,

-v-

SHADYSIDE PARTNERS, LLC d/b/a CULPER RESEARCH et al.,

Defendants.

26-CV-5018 (JMF)

ORDER

---------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* ECF No. 34, Defendants' earlier motion to dismiss filed at ECF No. 21 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **October 15, 2026**. Defendants' reply, if any, is due by **October 22, 2026**.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

Dated: October 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge