Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 2, 2026

**BY ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re: *Tang v. Shadyside Partners, LLC, et al.*, No. 26 Civ. 4930 (JMF)

Dear Judge Furman:

We write on behalf of Plaintiffs pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices to request an extension of the briefing schedule for Defendants' consolidated motion to dismiss, to strike, and for attorneys' fees and costs (ECF Nos. 34-35), which Defendants filed on October 1, 2026. Plaintiffs' opposition is due on October 15, 2026, and Defendants' reply is due October 22, 2026.

The parties have conferred and jointly request that the Court extend Plaintiffs' opposition deadline to October 22, 2026, and Defendants' reply deadline to November 5, 2026. The requested extensions will afford the parties sufficient time to prepare their briefs in light of the length and scope of Defendants' motion.

This is the first request for an extension of these deadlines. There are no other pending deadlines or scheduled appearances before the Court.

Respectfully submitted,

Roberta A. Kaplan

cc: All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

October 2, 2026