Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 16, 2026

**BY CM/ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re:* *JC International Finance Limited et al. v. Lamarco et al.*, No. 26 Civ. 4930 (JMF)

Dear Judge Furman:

On behalf of Plaintiffs, we write with Defendants' consent to request leave to file a single opposition brief of up to 12,500 words addressing Defendants' motion to dismiss, to strike, and for attorneys' fees and costs (ECF No. 34). Plaintiffs' opposition is currently due October 22, 2026. The Court granted Defendants the same 12,500-word limit for their combined opening brief, ECF No. 33, and Plaintiffs respectfully request an equivalent limit to permit them to respond fully to the arguments raised in Defendants' combined motion.

We thank the Court for its consideration of this request.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via ECF)