COZEN O'CONNOR

October 27, 2026

**Michael B. de Leeuw**
Direct Phone 212-908-1331
Direct Fax 646-461-2090
mdeleeuw@cozen.com

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
Courtroom 24B
New York, NY 10007

**Re: Letter Motion for Enlargement of Word Limit for Reply Brief in Further Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint**
**JC Int'l Finance Ltd. et al. v. Lamarco (Case No. 26-cv-04930)**

Dear Judge Furman:

Our firm represents Christian Lamarco ("Defendant Lamarco") and Shadyside Partners, LLC d/b/a Culper Research ("Shadyside") (collectively "Defendants"), the Defendants in the above-referenced consolidated case. Pursuant to Local Rule 7.1(e), and with the consent of Plaintiffs' counsel, we respectfully submit this letter-motion seeking leave to expand the applicable word limit to 5,000 words in Defendants' forthcoming reply in further support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

The reason for the request is that the Court's word limit, as prescribed by Local Rule 7.1(c) and Your Honor's Individual Rules and Practices at § 4(C), may not provide sufficient space for all the legal arguments Defendants need to address in response to Plaintiffs' opposition brief in this consolidated action. Defendants have conferred with Plaintiffs' counsel regarding this request, and they have indicated their consent. This Court previously granted motions to enlarge the word count for the parties' previous briefing on this motion. *See* ECF Nos. 20, 33, 41

Accordingly, Defendants respectfully request leave to file a reply brief in further support of their Motion to Dismiss Plaintiffs' Amended Complaint with an enlarged word limit of 5,000 words.

We thank the Court for its consideration.

Respectfully submitted,

COZEN O'CONNOR

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 43.

By: */s/ Michael B. de Leeuw*
Michael B. de Leeuw

SO ORDERED.

October 27, 2026